UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCO ANTONIO GARCIA,  )
         Plaintiff,  )
            )    No. 1:20-cv-476
-v-  )
            )    Honorable Paul L. Maloney
UNKNOWN PARTY,  )
         Defendant.  )
            )

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.


Date: June 19, 2020                                         /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge